IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-470-F

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTH CAROLINA, DEAN DEBNAM, CHRISTOPHER HEANEY, SUSAN HOLLIDAY, CNM, MSN, and MARIA MAGHER, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) ) | |
| | ) | **ORDER** |
| v. | ) ) | |
| EUGENE A. CONTI, JR., in his official capacity as Secretary of North Carolina Department of Transportation, MICHAEL ROBERTSON, in his official capacity as Commissioner of the North Carolina Division of Motor Vehicles, and MICHAEL GILCHRIST, in his official capacity as Colonel of the North Carolina State Highway Patrol, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

Plaintiffs initiated this action by filing a Verified Complaint [DE-1], Motion for

Temporary Restraining Order [DE-7], and Motion for Preliminary Injunction [DE-8] in this court

on September 8, 2011. The undersigned has been informed that the parties have since reached a

written agreement that Defendants will maintain the status quo by not manufacturing "Choose

Life" license plates while the Plaintiffs' Motion for Preliminary Injunction [DE-8] is pending

before the court. Plaintiffs' Motion for Temporary Restraining Order [DE-7] is therefore

DENIED as moot.

By request of the parties, Defendants' memorandum in response to the Motion for Preliminary Injunction is due on or before **November 7, 2011.** Plaintiffs' reply, if any, shall be filed no later than 14 days after service of Defendants' response or **November 21, 2011,** whichever is earlier. The Clerk of Court is DIRECTED to schedule a hearing on Plaintiffs' Motion for Preliminary Injunction on **December 1, 2011,** at **9:30 a.m.**, in Courtroom 1, at the Alton Lennon Federal Building in Wilmington, North Carolina.

Counsel for Plaintiffs shall cause this order to be served on counsel for Defendants on or before September 23, 2011.

SO ORDERED.

This the __19__ day of September, 2011.

James C. Fox
Senior United States District Judge

2