IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-00470 (F)

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTH CAROLINA, DEAN DEBNAM, CHRISTOPHER HEANEY, SUSAN HOLLIDAY, CNM, MSN, and MARIA MAGHER, <br><br> Plaintiffs, <br><br> v. <br><br> EUGENE A. CONTI, JR., in his official capacity as Secretary of the North Carolina Department of Transportation, MICHAEL ROBERTSON, in his official capacity as Commissioner of the North Carolina Division of Motor Vehicles, and MICHAEL GILCHRIST, in his official capacity as Colonel of the North Carolina State Highway Patrol, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF VOLUNTARY DISMISSAL
## OF DEFENDANT MICHAEL GILCHRIST

**PLEASE TAKE NOTICE** that Plaintiffs American Civil Liberties Union, Dean

Debnam, Christopher Heaney, Susan Holliday, CNM, MSN, and Maria Magher

("Plaintiffs"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily

dismiss all claims in this action without prejudice as to Defendant Michael Gilchrist, in

his official capacity as Colonel of the North Carolina State Highway Patrol.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

**(a) Voluntary Dismissal.**
**(1)** *By the Plaintiff.*
**(A)** *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66
and any applicable federal statute, the plaintiff may dismiss an action
without a court order by filing:
**(i)** a notice of dismissal before the opposing party serves either an
answer or a motion for summary judgment
\* \* \*

Defendant Gilchrist has neither answered Plaintiff's Complaint, nor filed a motion

for summary judgment. Accordingly, this matter may be dismissed without prejudice and

without an Order of the Court as to Defendant Gilchrist.

Dated this 14th day of November, 2011.

/s/ *Katherine Lewis Parker*
Katherine Lewis Parker
NC Bar No. 36263
Legal Director
American Civil Liberties Union
of North Carolina Legal Foundation
Post Office Box 28004
Raleigh, North Carolina 27611
Telephone: (919) 834-3466
Facsimile: (866) 511-1344
Email: kparker@acluofnc.org

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of November, 2011, I electronically filed the

foregoing NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT MICHAEL

GILCHRIST with the clerk of the court by using the CM/ECF system, which will send a

notice of electronic filing to counsel for Defendants:

**Neil Dalton**
ndalton@ncdoj.gov
Special Deputy Attorney General
North Carolina Department of Justice
Post Office Box 629
Raleigh, NC 27602
Telephone: (919) 716-6543

**Hal F. Askins**
haskins@ncdoj.gov
Special Deputy Attorney General
North Carolina Department of Justice
Post Office Box 629
Raleigh, NC 27602
Telephone: (919) 716-6560

/s/ *Katherine Lewis Parker*
Katherine Lewis Parker

3