IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-470-F

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTH CAROLINA, DEAN DEBNAM, CHRISTOPHER HEANEY, SUSAN HOLLIDAY, CNM, MSN, and MARIA MAGHER, <br><br> Plaintiffs, <br><br> v. <br><br> EUGENE A. CONTI, JR., in his official capacity as Secretary of North Carolina Department of Transportation, MICHAEL ROBERTSON, in his official capacity as Commissioner of the North Carolina Division of Motor Vehicles, and MICHAEL GILCHRIST, in his official capacity as Colonel of the North Carolina State Highway Patrol, <br><br> Defendants. | **ORDER** |

This matter is before the court *sua sponte*. The Clerk of Court is DIRECTED to reschedule and notice the hearing on Plaintiffs' Motion for Preliminary Injunction for November 28, 2011, at **9:00 a.m.**, in Wilmington, North Carolina.

SO ORDERED.

This the 16th day of November, 2011.

James C. Fox
Senior United States District Judge