IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-470-F

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTH CAROLINA, DEAN DEBNAM, CHRISTOPHER HEANEY, SUSAN HOLLIDAY, CNM, MSN, and MARIA MAGHER, <br><br> Plaintiffs, <br><br> v. <br><br> EUGENE A. CONTI, JR., in his official capacity as Secretary of North Carolina Department of Transportation, MICHAEL ROBERTSON, in his official capacity as Commissioner of the North Carolina Division of Motor Vehicles, and MICHAEL GILCHRIST, in his official capacity as Colonel of the North Carolina State Highway Patrol, <br><br> Defendants. | **ORDER** |

This matter is before the court on the parties' Joint Motion to Exempt Case from Mediation [DE-43]. Pursuant to Local Civil Rule 101.a(e), for the reasons stated in the parties' motion, and in the court's discretion, the motion is ALLOWED.

SO ORDERED.

This the 10th day of January, 2012.

James C. Fox
Senior United States District Judge