UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF )<br>NORTH CAROLINA, DEAN DEBNAM, )<br>CHRISTOPHER HEANEY, SUSAN HOLLIDAY, )<br>CNM, MSN, and MARIA MAGHER, )<br>       Plaintiffs, )<br>                                      )<br>  v.                                        )<br>                                      )<br>EUGENE A. CONTI, JR., in his official capacity as )<br>Secretary of the North Carolina Department of )<br>Transportation, MICHAEL ROBERTSON, in his )<br>official capacity as Commissioner of the North )<br>Carolina Division of Motor Vehicles, and )<br>MICHAEL GILCHRIST, in his official capacity as )<br>Colonel of the North Carolina State Highway Patrol, )<br>       Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:11-CV-470-F** |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Plaintiff's Motion for Summary Judgment is ALLOWED. It is hereby ordered that Defendants Eugene A. Conti, Michael Robertson and their officers, agents, and employees are permanently ENJOINED from implementing, enforcing or otherwise carrying out the program of administration provided by Session Law 2011-392 Sec.1(b1)(39), Sec. 4(a), Sec.5(b), Sec.7(b84)(House bill 289), or issuing the "Choose Life" plate. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on December 7, 2012, and Copies To:**

Christopher Anderson Brook (via CM/ECF Notice of Electronic Filing)
Katherine Lewis Parker (via CM/ECF Notice of Electronic Filing)
Neil Clark Dalton (via CM/ECF Notice of Electronic Filing)

DATE                                                 JULIE A. RICHARDS, CLERK
December 7, 2012                       /s/ Susan K. Edwards
                                                  (By) Susan K. Edwards, Deputy Clerk