IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-470-F

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTH CAROLINA, DEAN DEBNAM, CHRISTOPHER HEANEY, SUSAN HOLLIDAY, CNM, MSN, and MARIA MAGHER, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) ) | **ORDER** |
| v. | ) ) | |
| EUGENE A. CONTI, JR., in his official capacity as Secretary of North Carolina Department of Transportation, MICHAEL ROBERTSON, in his official capacity as Commissioner of the North Carolina Division of Motor Vehicles, and MICHAEL GILCHRIST, in his official capacity as Colonel of the North Carolina State Highway Patrol, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on the Motion for Stay of Plaintiffs' Motion for Attorneys' Fees and Costs Pending Appeal [DE-65] filed by Defendants Eugene A. Conti and Michael Robertson, in their official capacities as Secretary of the North Carolina Department of Transportation and Commissioner of the North Carolina Division of Motor Vehicles, respectively. Defendants seek the stay of Plaintiff's Motion for Attorneys' Fees and Costs [DE-62] pending the Defendants' appeal of this court's December 7, 2012, Order and Judgment in this matter. Defendants indicate that Plaintiffs do not object to the motion to stay.

Accordingly, Defendants' unopposed Motion for Stay [DE-65] is ALLOWED, and the Plaintiffs' Motion for Attorneys' Fees and Costs [DE-62] is hereby STAYED.

SO ORDERED.

This the 7th day of January, 2013.

*James C. Fox*
James C. Fox
Senior United States District Judge