IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-470-F

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTH CAROLINA, DEAN DEBNAM, CHRISTOPHER HEANEY, SUSAN HOLLIDAY, CNM, MSN, and MARIA MAGHER,<br><br>    Plaintiffs,<br><br>v.<br><br>EUGENE A. CONTI, JR., in his official capacity as Secretary of North Carolina Department of Transportation, MICHAEL ROBERTSON, in his official capacity as Commissioner of the North Carolina Division of Motor Vehicles, and MICHAEL GILCHRIST, in his official capacity as Colonel of the North Carolina State Highway Patrol,<br><br>    Defendants. | **ORDER** |

This matter is before the court on remand from United States Court of Appeals for the Fourth Circuit. In accordance with that mandate, the Clerk of Court is DIRECTED to re-open this case and enter judgment in favor of the defendants. Plaintiffs' Motion for Attorney Fees and Costs [DE-75] is DISMISSED as moot.

SO ORDERED.

This, the 6th day of April, 2016.

                                                        _/s/ James C. Fox_
                                                       JAMES C. FOX
                                                       Senior United States District Judge